UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAI KANG,

                        Plaintiff,

        -against-

CITIBANK,

                        Defendant.

20-CV-6898 (CM)

CIVIL JUDGMENT

Pursuant to the order issued September 16, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $400.00 in filing fees or submit a request to proceed *in forma pauperis* ("IFP application") that discloses his financial information and shows that he is unable to pay the filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 16, 2020
           New York, New York

                                                  COLLEEN McMAHON
                                                  Chief United States District Judge